IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SCOTTY R. GLASSCO, | ) | 4:11CV3231 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| ROBERT HOUSTON, Director of | ) | |
| Department of Corrections, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on Petitioner's Motion for Leave to Conduct Discovery. (Filing No. 13.) Respondent has objected to Petitioner's Motion. (Filing No. 15.) In his Objection, Respondent states that he has already provided to Petitioner all records considered by the jury and the Nebraska state courts on direct appeal and post-conviction review. (*Id.* at CM/ECF pp. 1-2.)

The court has carefully reviewed the record in this matter and finds that Petitioner's Motion should be denied until after the court carefully reviews the procedural default issues in this case. In the event the court determines that additional records are necessary, the court will order Respondent to provide them.

IT IS THEREFORE ORDERED that: Petitioner's Motion for Leave to Conduct Discovery (Filing No. 13) is denied.

DATED this 20th day of April, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge